IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| **Deanna Horvath Brunner** | : | |
| Debtor | : | Chapter 13 |
| | : | |
| **Deanna Horvath Brunner** | : | Bankruptcy No. 17-14745 REF |
| Movant | : | |
| v. | : | |
| | : | |
| **Ditech Financial LLC** | : | |
| Respondent | : | |

## RESPONSE OF DITECH FINANCIAL LLC TO OBJECTION TO PROOF OF CLAIM NO. 3 FILED BY DITECH FINANCIAL LLC

Respondent, Ditech Financial LLC, by and through its attorneys, Phelan Hallinan Diamond & Jones, LLP, hereby responds to Objection to Proof of Claim No. 3 Filed By Ditech Financial LLC and in support thereof, avers as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Denied. It is specifically denied that the fees charged are excessive and unreasonable.

6. Admitted.

7. Admitted.

8. Admitted.

9. Denied.

10. Admitted.

11. Denied. It is specifically denied that the fees charged are excessive and unreasonable.

12. Denied. It is specifically denied that the fees charged are excessive and unreasonable.

13. Denied. It is specifically denied that the fees charged are excessive and unreasonable.

14. Admitted.

15. Denied. Respondent's Proof of Claim includes an Escrow Analysis.

**WHEREFORE**, Respondent, Ditech Financial LLC respectfully requests that this Honorable Court deny Objection to Proof of Claim No. 3 Filed By Ditech Financial LLC in its entirety.

Respectfully submitted,

Date:  March 19, 2018

/s/ Thomas Song, Esquire
Thomas Song, Esq., Id. No.89834
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616
Email: Thomas.Song@phelanhallinan.com