IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DEANNA HORVATH BRUNNER | : | |
| Debtor | : | Bankruptcy No. 17-14745-ref |
| | : | |

## ORDER

Upon consideration of Debtor's Objection to Proof of Claim No. 3 filed by Ditech Financial LLC and after Notice and opportunity for hearing, IT IS HEREBY ORDERED that the **Debtor's Objection to Claim No. 3 is DENIED.**

~~pre-petition fees in the amount of $1,005.07 and projected escrow shortage in the amount of $1,721.59 is stricken from the claim and the pre-petition arrearage shall be reduced from $10,407.07 to $6,850.41.~~

3/29/18

BY THE COURT:

_____
RICHARD E. FEHLING
U.S. Bankruptcy Judge